**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs- Case No. 8:23-cr-50-SCB-MRM

LINDA DAVIS

**CLERK'S MINUTES**
Proceeding: Initial Appearance and Arraignment
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge
Deputy Clerk: Ashley Sanders
USPO: Dylan Lybarger
Court Reporter: Digital
Interpreter: none

Date: February 22, 2023
Time: 2:37 p.m.
Recess: 3:01 p.m.
Total Time: 24 min

---

Counsel for USA: Matthew Del Mastro, AUSA
Counsel for Defendant: George Tragos, limited appearance

---

Court calls case and counsel enters appearances. Hearing held in conjunction with other duty matters.

Court advises of certain constitutional rights. Defendant understands.

Defendant is in the process of retaining counsel. Status hearing set for March 7, 2023 to address counsel. Status to be cancelled if a general appearance has been made.

Government reviews charges contained in Indictment. Defendant waives full and formal reading of the Indictment, enters a plea of not guilty and moves for discovery. Government moves for reciprocal discovery.

BOND: Government: not seeking detention. Surrender passport, not obtain new travel documents, travel restricted to MDFL.

Defendant: requesting release on defendants own recognizance.

Court released defendant on the standard conditions of release and the following special conditions: Report as directed, travel restricted to the Middle District of Florida, surrender passport by close of business 2/23/2023, not apply for new travel documents, not consume alcohol to excess, $25,000 signature bond to be co-signed by Defendant's husband by close

of business 2/23/2023. Defendant shall be allowed to travel outside the Middle District of Florida with the prior approval of pretrial services.

Trial set for the April 3 trial term. Status conference set for March 15 before Judge Bucklew.

Oral due process order pronounced.

Recess.