**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **CASE NO: 8:23-cr-00050-SCB-MRM**

**LINDA DAVIS**
**_________________________________/**

# AMENDED MOTION TO TRAVEL

COMES NOW, Defendant, Linda Davis, through undersigned counsel and files this amended motion to travel and in support states as follows:

## STATEMENT OF FACTS

1. Ms. Davis was indicted on February 9, 2023, for seventeen counts of Willful Failure to Collect or Pay Over Withholding and F.I.C.A. (Social Security) Taxes in violation of 26 U.S.C. § 7202 and 18 U.S.C. § 2, one count of False Statement to a Federally Insured Institution in violation of 18 U.S.C. § 1014, and one count of False Statement in violation of 18 U.S.C. § 1001. (Doc. 1).
2. On February 22, 2023, Ms. Davis made her initial appearance and pled not guilty to the offense before Judge Christopher Tuite and pretrial release was considered. (Doc. 9).
3. An unsecured bond in the amount of $25,000.00 was entered on February 23, 2023 for Ms. Davis. (Doc. 14).
4. Ms. Davis, through the undersigned counsel, originally filed a Motion to Travel from May 24, 2023 – May 31, 2023 on May 5, 2023. (Doc. 22).
5. This motion was granted and an order was filed on May 8, 2023. (Doc. 23).
6. The purpose for the travel is to visit her daughter and grandson and to attend her grandson's dance recital in Leeland, Illinois. The dance recital was rescheduled

and Ms. Davis is requesting to modify her dates of travel to May 25, 2023 – June 2, 2023 to accommodate the modification in date for the dance recital.

7. Leeland, Illinois is located outside of Ms. Davis' approved travel areas while on Pre-Trial Release.
8. If allowed by this Honorable Court, Ms. Davis would be driving to Illinois with her husband to view the dance recital and then driving back home to the Middle District of Florida.
9. Ms. Davis would stay at her daughter's residence while in Illinois and will provide her location to her Pre-Trial Services Officer.
10. Ms. Davis respectfully requests this Honorable Court allow her to travel to Leeland, IL for her grandson's dance recital for the modified dates of May 25, 2023 – June 2, 2023.
11. If this Honorable Court should require, Ms. Davis will provide travel updates to her Pre-Trial Services Officer.
12. Ms. Davis' Pre-Trial Services Officer has no objection to the modification to the dates of Ms. Davis' travel.

CERTIFICATE OF NO OBJECTION

13. Undersigned counsel spoke to Assistant United States Attorney Tiffany Fields on May 22, 2023, and the United States Attorney's Office has no objection to this modification in dates.

WHEREFORE, Defendant, Linda Davis, through undersigned counsel, prays this Honorable Court will grant the relief requested in this motion and any other relief deemed necessary and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing has been furnished by Electronic Filing to Elizabeth Warren, Clerk of the Court, U.S. District Court, Middle District of Florida, located at 801 N. Florida Ave., #223, Tampa, FL 33602-3800, and that e-mail notification of this filing will be sent to all interested persons on this 22nd day of May, 2023.

BARTLETT LAW OFFICES
Attorney for the Defendant
2385 Tampa Rd., Ste 3
Palm Harbor, Florida 34683
Ph-727-712-7502
Fx-727-493-0920
Stacey@Bartlett-Law-Offices.com

/ S / *Stacey L. Bartlett*
Stacey L. Bartlett
Florida Bar No. 113333